# EXHIBIT 1

## Director & Officer Association with Dune During Relevant Allegations

| Director Defendants[1] | Present During Goldking Acquisition (May 15, 2007, ¶ 34) | Present During The Rejection of EPL Offer (Began Feb 16, 2012, ¶ 48) | Present During The Allegedly "Self-interested" Transactions (Began 2014, ¶ 53) | Present During The Failure to Consummate Other Transactions (Began July 14, ¶ 53). |
|---|---|---|---|---|
| Alan Gaines (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |
| Alan Bell (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |
| Alexander Kulpecz (Jan. 2012 – Mar. 2015) | **NO** | | | |
| Emanuel R. Pearlman (Jan. 2012 – Jan. 2013) | **NO** | | **NO** | **NO** |
| Eric R. Stearns (Jan. 2012 – Mar. 2014) | **NO** | | | **NO** |
| John R. Brecker (Mar. 2013 – Mar. 2015) | **NO** | | | |
| Marjorie L. Bowen (Mar. 2013 – Mar. 2015) | **NO** | | | |
| Michael R. Keener (Jan. 2012 – Mar. 2015) | **NO** | | | |

[1] All dates for the tenure of each director is taken from Amended Complaint ("AC") ¶¶ 12-26

# EXHIBIT 1

## Director & Officer Association with Dune During Relevant Allegations

| Director Defendants[1] | Present During Goldking Acquisition (May 15, 2007, ¶ 34) | Present During The Rejection of EPL Offer (Began Feb 16, 2012, ¶ 48) | Present During The Allegedly “Self-interested” Transactions (Began 2014, ¶ 53) | Present During The Failure to Consummate Other Transactions (Began July 14, ¶ 53). |
|---|---|---|---|---|
| Richard M. Cohen (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |
| Robert A. Schmitz (Jan. 2012 – Mar. 2015) | **NO** | | | |
| Stephen P. Kovacs (Jan. 2012 – Jan. 2013) | **NO** | | **NO** | **NO** |
| Steven Barrenchea (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |
| Steven M. Sisselman (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |
| William E. Greenwood (Apr. 2007 – Jan. 2012) | | **NO** | **NO** | **NO** |

# EXHIBIT 1

## Director & Officer Association with Dune During Relevant Allegations

| Officer Defendants[2] | Present During Goldking Acquisition (May 15, 2007, ¶ 34) | Present During The Rejection of EPL Offer (Began Feb 16, 2012, ¶ 48) | Present During The Allegedly "Self-interested" Transactions (Began 2014, ¶ 53) | Present During The Failure to Consummate Other Transactions (Began July 14, ¶ 53). |
|---|---|---|---|---|
| James A. Watt (Apr. 2007 – Mar. 2015) | | | | |
| Frank T. Smith (Apr. 2007 – Mar. 2015) | | | | |
| Hal L. Bettis (May 2007[3] – Mar. 2015) | **NO** | | | |
| Amiel David (Apr. 2007 – Mar. 2009) | | **NO** | **NO** | **NO** |

**Error! Unknown document property name.**

[2] All dates for the tenure of each officer is taken from AC ¶¶ 7-10

[3] The Amended Complaint pleads that Hal Bettis joined as a result of the Goldking Acquisition. AC ¶ 9. As a result, although the Amended Complaint does not specifically plead the date Mr. Bettis joined Dune, he cannot have been present when Dune was consummating the Goldking acquisition.