IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DUNE ENERGY, INC.; | § | |
| DUNE OPERATING COMPANY; | § | |
| DUNE PROPERTIES, INC.; | § | |
| | § | |
| Debtors. | § | |
| | § | 1:17-cv-877-RP |
| | § | |
| DAN B. LAIN, *Trustee of the Dune Plan Trust*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES A. WATT, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. 13). The parties inform the Court that all parties to this appeal have stipulated to its dismissal pursuant to Federal Rule of Bankruptcy Procedure 8023 ("Rule 8023"). (*Id.*). The rule provides that:

> The clerk of the district court . . . must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due.

Fed. R. Bankr. P. 8023.

The parties state that each party will bear its own costs, and it appears that no fees are due. After reviewing the record and the stipulation, the Court finds the requirements of Rule 8023 have been satisfied. The appeal is due to be dismissed.

Accordingly, it is **ORDERED** that the parties' Joint Stipulation of Dismissal, (Dkt. 13), is **ACCEPTED** and this appeal is **DISMISSED**. All parties are to bear their own costs. The Clerk of

the Court shall transmit a copy of this order to the Clerk of the United States Bankruptcy Court for the Western District of Texas, terminate the appeal, and **CLOSE** the action.

**SIGNED** on February 12, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE